IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 01-00360 WHA |
| Plaintiff, | |
| v. | **THIRD ORDER REQUIRING GOVERNMENT RESPONSE** |
| JOSE LUIS MEZA, | |
| Defendant. / | |

Defendant Jose Luis Meza has submitted a proposed order to exonerate bond and release property (Dkt. No. 414). The government failed to timely respond to two orders to show cause (Dkt. Nos. 415, 416). The Court has received a notice of substitution of attorney from the government. The government must respond to the order to show cause by **SEPTEMBER 17, 2012**.

**IT IS SO ORDERED.**

Dated: September 7, 2012.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE